1   GOLDSMITH & HULL/File #5108884
    A Professional Corporation
2   William I. Goldsmith  (SBN 82183)
    Michael L. Goldsmith (SBN 291700)
3   16933 Parthenia Street, Suite 110
    Northridge, CA 91343
4   Tel.: (818) 990-6600
    Fax: (818) 990-6140
5   **govdept1@goldsmithcalaw.com**

6   Attorneys for Plaintiff

7

8                UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )  CASE NO. 8:17-cv-01425-CJC-JDE
                                       )
12          Plaintiff,                 )
                                       )  DEFAULT JUDGMENT
13  v.                                 )
                                       )
14  CHARLES STRICKLAND JR.,            )
                                       )
15                                     )
            Defendant.                 )
16  _____  )

17      In the above-entitled action the Clerk of this Court having entered a default

18  against Defendant(s) CHARLES STRICKLAND JR.,  on  **AUGUST 25,2017**    for

19  failure to respond or appear; and a declaration on behalf of Plaintiff having been filed

20  which satisfies the requirements of  F.R.Civ. P. 55(b),

21      IT IS ADJUDGED that Plaintiff, United States of America, shall have and

22  recover from Defendant(s) CHARLES STRICKLAND JR., the sum of $2,725.21

23  principal, $6,762.83 accrued pre-judgment interest, $0.00 penalties/administrative

24  charges, $495.50 court cost, plus $472.52 attorneys fees, less credits of $0.00, for a

25  //

26  //

27  //

28  //

1  total of $10,456.06 plus interest  from  September 22, 2017, at the rate of 8% per

2  annum accruing at $0.60 per day to date of entry of judgment.  Judgment to accrue

3  interest at the legal rate until paid.

4

5  DATE: September 25, 2017          KIRY K. GRAY, CLERK OF THE COURT
                                    U.S. District Court Central District of California

6

7

8

9



10  BY:
        DEPUTY CLERK

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27  :P549F

28